SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022
(212) 336-0175 (Szczepanik)
(212) 336-1317 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :
                                         Plaintiff,    :
                                              :
   -against-                                  :
                                              :  08 Civ.  01719(HB)
CLEAN CARE TECHNOLOGIES, INC.,                :
EDWARD KLEIN, AL NAZON and                    :
ANIL VARUGHESE,                               :
                                              :
                                      Defendants,   :
                                              :
                    and                       :
                                              :
CLEAN CARE SYSTEMS, LLC,                      :
                                              :
                             Relief Defendant.    :
-----------------------------------------------------------------------x

## NOTICE OF APPEARANCE

      Please take notice that the following attorney has entered her appearance as counsel in this case for plaintiff Securities and Exchange Commission, and is admitted to practice in this

Court:

    Valerie A. Szczepanik
    Securities and Exchange Commission
    New York Regional Office
    3 World Financial Center, RM 400
    New York, New York  10281-1022
    Ph: 212.336.0175
    Fx: 212.336.1317

Executed:    February 27, 2008
    New York, New York

                                    __s/ Valerie A. Szczepanik_____
                                    VALERIE A. SZCZEPANIK
                                    Attorney for Plaintiff
                                    Securities and Exchange Commission
                                    New York Regional Office
                                    3 World Financial Center, RM 400
                                    New York, NY  10281-1022
                                    Ph:  (212) 336-0175
                                    Fax: (212) 336-1317
                                    Email: szczepanikv@sec.gov