SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, NY 10281-1022
(212) 336-0175 (Szczepanik)
(212) 336-1317 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                     :
                         Plaintiff,  :
                                     :
        -against-                    :
                                     :   08 Civ. 01719 (HB)
CLEAN CARE TECHNOLOGIES, INC.,       :
EDWARD KLEIN, AL NAZON and           :
ANIL VARUGHESE,                      :
                                     :
                         Defendants, :
                                     :
        and                          :
                                     :
CLEAN CARE SYSTEMS, LLC,             :
                                     :
                    Relief Defendant. :
------------------------------------------------------------------x

## NOTICE OF APPEARANCE

Please take notice that the following attorneys have entered their appearances as counsel in this case for plaintiff Securities and Exchange Commission, and are admitted to practice in this Court:

>   Michael D. Birnbaum
>   Securities and Exchange Commission
>   New York Regional Office
>   3 World Financial Center, RM 400
>   New York, New York 10281-1022
>   Ph: 212-336-0523
>   Fx: 212-336-1319
>   Email: BirnbaumM@sec.gov

        Meaghan Shevlin Cheung
        Securities and Exchange Commission
        New York Regional Office
        3 World Financial Center, RM 400
        New York, New York  10281-1022
        Ph: 212-336-0050
        Fx: 212-336-1319
        Email:  Cheungm@sec.gov

Executed:    March 17, 2008
             New York, New York

                              _____
                              MICHAEL D. BIRNBAUM
                              Attorney for Plaintiff
                              Securities and Exchange Commission
                              New York Regional Office
                              3 World Financial Center, RM 400
                              New York, NY  10281-1022
                              Ph:  (212) 336-0523
                              Fax: (212) 336-1319
                              Email: BirnbaumM@sec.gov

                              _____
                              MEAGHAN SHEVLIN CHEUNG
                              Attorney for Plaintiff
                              Securities and Exchange Commission
                              New York Regional Office
                              3 World Financial Center, RM 400
                              Ph: 212-336-0050
                              Fx: 212-336-1319
                              Email:  CheungM@sec.gov