DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK
----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

-against-

CLEAN CARE TECHNOLOGIES, INC.,
EDWARD KLEIN, AL NAZON and
ANIL VARUGHESE

               Defendants,

and

CLEAN CARE SYSTEMS, LLC,

               Relief Defendant.
----------------------------------------------------------------x

**ORDER**
08CV1719 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, the individual Defendants in this action have not all appeared and are not represented by counsel; and

    WHEREAS, the corporate Defendant, CLEAN CARE TECHNOLOGIES, INC. has not yet appeared; and

    WHEREAS, Sheldon Schwartz, an investor, has attempted to file an answer on behalf of Clean Care Systems LLC alleging that the entity no longer exists as a limited liability corporation, but has reverted to sole proprietorship; it is hereby

    ORDERED that the all responsive pleadings are stayed pending a Pre-Trial Conference at 3:00 p.m. on March 24, 2008 at which point a Pre-Trial Scheduling Order will be put in place and any questions regarding representation, etc., will be considered; and it is further

    ORDERED that the Defendants bring proof to show that CLEAN CARE SYSTMS, LLC. no longer exists as a corporate entity, but is a sole proprietorship.

New York, New York
March 19, 2008

Harold Baer, Jr.
United States District Judge