SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, NY  10281-1022
(212) 336-0175 (Szczepanik)
(212) 336-1317 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :
                         Plaintiff,   :
                                      :
         -against-                    :
                                      :         08 Civ.  01719 (HB)
CLEAN CARE TECHNOLOGIES, INC.,        :
EDWARD KLEIN, AL NAZON and            :
ANIL VARUGHESE,                       :
                                      :
                         Defendants,  :
                                      :
                and                   :
                                      :
CLEAN CARE SYSTEMS, LLC,              :
                                      :
                  Relief Defendant.   :
------------------------------------------------------------------x

## DECLARATION OF SERVICE

I, MICHAEL BIRNBAUM, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the Bar of this Court and the attorney for Plaintiff, United States Securities and Exchange Commission ("Commission"), and employed at the Commission's New York Regional Office.

3. On February 21, 2008, Laura Anthony, Esq. agreed by telephone conversation to accept service by Federal Express of the Summons and Complaint in the above-captioned matter on behalf of her clients, Edward Klein and Clean Care Technologies, Inc., pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure. Ms. Anthony subsequently confirmed that she would accept service on her clients' behalf by countersigning a letter dated February 21, 2008, attached hereto.

3. On February 21, 2008, I served a copy of the Summons and Complaint in the above-captioned matter upon defendants Edward Klein and Clean Care Technologies, Inc. by causing true and correct copies thereof to be transmitted by Federal Express for overnight delivery to the offices of Laura Anthony, Esq.

4. On February 21, 2008 I caused to be served by personal delivery a copy of the Summons and Complaint on Defendants Al Nazon and Anil Varughese and on Relief Defendant Clean Care Systems, LLC.

Upon information and belief, I declare under penalty of perjury that the foregoing is true and correct.

Executed:   June 3, 2008
            New York, New York

_____
MICHAEL D. BIRNBAUM
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
3 World Financial Center
New York, NY  10281-1022
Ph:  (212) 336-0523
Fax: (212) 336-1319
Email: BirnbaumM@sec.gov

2



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, ROOM 4300
NEW YORK, N.Y. 10281-1022

February 21, 2008

**Via Federal Express**
Laura Anthony
Legal & Compliance, LLC
330 Clematis Street
Suite 217
West Palm Beach, FL 33401

Re:  SEC v. Clean Care Technologies, et al. (08 civ 01719) (HB)

Dear Ms. Anthony:

Pursuant to your representation that you were authorized by your clients, Ed Klein and Clean Care Technologies Inc. to accept service by Federal Express, and that you agreed to do so, please find enclosed a Summons and Complaint in the above-captioned matter.

Please sign below acknowledging that you are authorized to, and agree to, accept service in this matter, and return a copy to me. If you have any questions, please call me at 212-336-0523 or call Meaghan Cheung at 212-336-0050. I have also enclosed a copy of the Judge's rules and ECF instructions.

Sincerely,

Michael Birnbaum
Division of Enforcement

_____
Laura E. Anthony, Esq.
*Attorney for Edward Klein and
Clean Care Technologies, Inc.*