Valerie A. Szczepanik
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, NY  10281-1022
Ph: (212) 336-0175
Fx: (212) 336-1317
szczepanikv@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION,   :

                                Plaintiff,   :

    -against-   :

                                      :   08 Civ. 1719 (HB)
                                      :   ECF CASE

CLEAN CARE TECHNOLOGIES, INC.,   :
EDWARD KLEIN, AL NAZON and   :
ANIL VARUGHESE,   :

                            Defendants,   :

          and   :

CLEAN CARE SYSTEMS, LLC,   :

               Relief Defendant.   :

----------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Teresa A. Rodriguez, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I am over 18 years old, and I am employed as Senior Counsel in the New York Regional Office of Plaintiff Securities and Exchange Commission.

2.    On June 16, 2008, I caused the following documents to be served via Federal Express, pre-paid overnight mail and by electronic mail:

a.    Notice of Plaintiff's Motion For Judgment by Default as to

Defendant Clean Care Technologies, Inc.;

b.    Memorandum Of Law In Support Of Plaintiff's Motion for Default

Judgment As To Defendant Clean Care Technologies, Inc.;

c.    Declaration Of Teresa A. Rodriguez In Support of Plaintiff's

Motion for Default Judgment As To Defendant Clean Care

Technologies, Inc., with exhibits; and

d.    Statement of Damages, with exhibits

on the following parties:

Edward Klein
8 Robinson Court
Freehold, New Jersey 07728

Clean Care Technologies, Inc.
c/o Edward Klein
8 Robinson Court
Freehold, New Jersey 07728

Anil Varughese
82-41 256th Street
Glen Oaks, New York 11004

Al Nazon
2 Hendricks Avenue
Apartment 1A
Staten Island, New York 10301

Clean Care Systems, LLC
c/o Sheldon Schwartz
5 Abernathy Road
Lexington, Massachusetts 02420

2

3.      I certify under penalty of perjury that the foregoing statements

made by me are true and correct.

_____
Teresa A. Rodriguez

Executed:       New York, New York
                June 16, 2008

3