Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, NY 10281-1022
Ph: (212) 336-0523
Fx: (212) 336-1317
birnbaumm@sec.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,   :
:
                                Plaintiff,   :
:
-against-   :
:
:
:   08 Civ. 1719 (HB)
CLEAN CARE TECHNOLOGIES, INC.,   :   ECF CASE
EDWARD KLEIN, AL NAZON and   :
ANIL VARUGHESE,   :
:
                          Defendants,   :
:
        and   :
:
CLEAN CARE SYSTEMS, LLC,   :
:
                     Relief Defendant.   :
------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Michael D. Birnbaum, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over 18 years old, and I am employed as staff attorney in the New York Regional Office of Plaintiff Securities and Exchange Commission.

2. On June 16, 2008, I caused the following documents to be served via Federal Express, pre-paid overnight mail and by electronic mail:

    a. Notice of Plaintiff's Motion For Summary Judgment as to

                Defendants Edward Klein, Al Nazon and Anil Varughese;

    b.    Memorandum of Law in Support of Plaintiff's Motion For Summary Judgment as to Defendants Edward Klein, Al Nazon and Anil Varughese;

    c.    Declaration Of Michael D. Birnbaum In Support of Plaintiff's Motion for Summary Judgment, with exhibits;

    d.    Plaintiff's Rule 56.1 Statement of Undisputed Facts In Support of Its Motion for Summary Judgment;

    e.    Notice to Pro Se Litigant Opposing Motion For Summary Judgment; and

    f.    A [Proposed] Final Judgment As to Defendants Edward Klein, Al Nazon and Anil Varughese

on the following parties:

Edward Klein
8 Robinson Court
Freehold, New Jersey 07728

Clean Care Technologies, Inc.
c/o Edward Klein
8 Robinson Court
Freehold, New Jersey 07728

Anil Varughese
82-41 256th Street
Glen Oaks, New York 11004

Al Nazon
2 Hendricks Avenue
Apartment 1A
Staten Island, New York 10301

Clean Care Systems, LLC
c/o Sheldon Schwartz
5 Abernathy Road
Lexington, Massachusetts 02420

3. I certify under penalty of perjury that the foregoing statements made by me are true and correct.

*/s/ Michael D. Birnbaum*
Michael D. Birnbaum

Executed:   New York, New York
            June 16, 2008