

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
NEW YORK, NY 10281

WRITER'S DIRECT DIAL LINE
(212) 336-0523

August 26, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

**By Facsimile**

The Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2230
New York, NY 10007

Re:   SEC v. Clean Care Technologies, Inc., et al. 08 CV 01719 (HB)

Dear Judge Baer:

    We write to seek an adjournment of the currently scheduled deadline to submit a pretrial order in the above-titled action. On August 19, 2008, the Court entered orders (i) granting summary judgment against defendants Edward Klein, Anil Varughese and Al Nazon and (ii) entering a default judgment against defendant Clean Care Technologies, Inc. The only defendant that remains in this action is a relief defendant, Clean Care Systems, LLC ("Systems").

    Under the pretrial scheduling order entered by the Court, a joint pretrial order is due on September 2, 2008 in anticipation of a September trial. We believe that a short adjournment will allow the Commission to resolve its claims against Systems without the need for a trial. We have informed Systems principal Sheldon Schwartz of our plan to request an adjournment, and Dr. Schwartz joins the Commission in this request. We therefore respectfully request that the Court adjourn the deadline to submit a pretrial order in this matter for 45 days until October 17, 2008.

    We are available to discuss this matter at the Court's convenience.

Respectfully submitted,

/s/ Michael D. Birnbaum
Michael D. Birnbaum
Division of Enforcement
Securities and Exchange Commission

Cc:   All Parties

Endorsement:

October 17 by consent please make this matter go away.